AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

### District of Hawaii

UNITED STATES OF AMERICA

V.

SHANE TOM
3674 HILO PL. APT 1
HONOLULU, HI
(Name and Address of Defendant)

**WARRANT FOR ARREST**

Case Number: CR 03-00494SOM 03

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 6 2007

at 10 o'clock and 00 min. A M
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED TO ARREST BRANDON CHANG and bring him or her forthwith to the nearest district/ magistrate judge to answer an Secret Indictment, charging him or her with (brief description of offense)

Conspiracy to Possess with intent to Distribute methamphetamine, Schedule II   - CT 1
Possess with intent to Distribute methamphetamine, Schedule II  - CT 2

in violation of Title 21 United States Code, Section(s) 846; 21:841(a)(1),841(b)(1) & 18:2.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *(signature)* | October 8, 2003 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at **NO BAIL**     By: Leslie E. Kobayashi, United States Magistrate Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____. |||
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest OCT 1 7 2003 | Special Agent Rachel A Byrd | *(signature)* Rachel A Byrd |